UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE A. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>WALLA WALLA COUNTY,<br><br>    Defendant. | NO. CV-11-5152-EFS<br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL AND CLOSING FILE** |

This matter comes before the Court on the parties' Stipulation for and Order of Dismissal with Prejudice, ECF No. 7. Therein, the parties ask the Court to dismiss this matter with prejudice and without an award of attorney's fees or costs to either party.

Based on the parties' stipulation, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Order of Dismissal, **ECF No. 7**, is **GRANTED**.

2. Per the parties' stipulation, this matter is **DISMISSED with prejudice** and without attorney's fees or costs to any party.

3. All pending dates and deadlines are **STRICKEN**, and all pending motions are **DENIED as moot.**

///

//

/

ORDER ~ 1

4.  This file shall be **CLOSED**.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this 19th day of June 2012.

                s/Edward F. Shea
                EDWARD F. SHEA
          Senior United States District Judge

Q:\Civil\2011\5152.stip.dismiss.lc2.wpd

ORDER ~ 2